27

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 07 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

NOE BELTRAN                              *

     VS                               *   C.A. NO. B95 039

GARY L. JOHNSON, DIRECTOR                *
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

_____

SCHAFFER & HENLEY (Randy Schaffer), Attorney for Petitioner

Attorney General (Erik E. Cary), Assistant Attorney General), Attorney for Respondent

### MEMORANDUM ORDER

Before this Court is a Petitioner for Writ of Habeas Corpus filed by person in custody of the Texas Department of Criminal Justice, pursuant to 28 U.S.C. §§ 2242, 2254. Ordered to respond, the Texas Department of Criminal Justice filed its Motion for Summary Judgment.

Following an evidentiary hearing, this Court had issued an order requiring that Petitioner and Respondent submit their

2

proposed findings of fact and conclusions of law. Both parties complied with this Court's order and submitted their proposed sets of findings of fact and conclusions of law. This Court has read the parties' pleadings, listened to the tape of the evidentiary hearing, considered the issues raised in light of the record and the applicable law, and is of the opinion that: Respondent's Motion for Summary Judgment should be **DENIED** and Petitioner's Writ for Habeas Corpus should be **GRANTED**.

While this Court recognizes that adoption of a litigator's proposed findings of fact ver batim is not generally approved, this Court finds this case to be an exception. This is because the findings are objectively stated, in significant detail and precisely established in the record. To rewrite or to restate them would merely be an unnecessary exercise in the application of a general rule which has no real application to the presentation in this case. Therefore, this Court adopts in toto, the Petitioner's Proposed Findings of Fact.

### Conclusion of Law

Respondent's Partial Motion to Dismiss Pursuant to Rule 9(a) of the rules governing § 2254 cases is **DENIED** because a

Case 1:95-cv-00039   Document 27   Filed in TXSD on 12/07/1998   Page 3 of 4

3

particularized showing of prejudice that has been caused by the delay in filing the States habeas corpus application has not been shown.

Again with reluctance, this Court accepts and adopts Petitioner's Proposed Conclusions of Law 2 through 18 as those of the Court. The reluctance is expressed on the same basis as that referred to in dealing with the proposed findings of fact but in addition, because the proposed conclusions in some respects are mixed conclusions of fact and law.

Petitioner is entitled to a new trial because the State used and failed to correct false testimony and the defense rendered a constitutionally defective assistance resulting in the conviction of a man for shooting the victim when he may not have done so.

Because of the foregoing, it is **ORDERED, ADJUDGED,** and **DECREED** that:

    1. The Judgment entered in Cause No. 78-CR-49-A, in the matter of the <u>State of Texas v. Noe Beltran</u>, be **VACATED** and **SET ASIDE**; and

4

2. Petitioner NOE BELTRAN be released from his custody resulting from the Judgment entered in Cause No. 78-CR-49-A, in the matter of the <u>State of Texas v. Noe Beltran</u>, unless the States elects to re-try Petitioner within sixty (60) days of this Order.

DONE at Brownsville, Texas, this 7th day of December, 1998.

_____ 12/7/98
Stewart A. Newblatt
United States District Judge
Acting on Assignment