29

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

NOE BELTRAN                                   *

     VS                                     *   C.A. NO. B95 039

GARY L. JOHNSON, DIRECTOR               *
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## FINAL JUDGMENT

Pursuant to the Memorandum Order of December 7, 1998, the Petitioner's Petition for Habeas Corpus is **GRANTED**:

(1)  The judgment entered in Cause No. 78-CR-49-A in the matter of the <u>State of Texas v. Noe Beltran</u> is hereby **vacated and set aside**; and

(2)  That Petitioner BELTRAN be **released** from his custody resulting from the Judgment aforementioned unless the State elects to re-try Petitioner within 60 days of December 7, 1998.

**SO ORDERED AND ADJUDGED.**

Done at Brownsville, Texas, this ___28th___ day of December 1998.

_____  12/30/98

Stewart A. Newblatt
United States District Judge

ACTING ON ASSIGNMENT