lmv

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

NOE BELTRAN                         *

    VS                              *   C.A. NO. B95 039

GARY L. JOHNSON, DIRECTOR           *
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

**ORDER GRANTING MOTION, WITHDRAWING MEMORANDUM
OPINION AND ORDER, AND VACATING JUDGMENT**

    Pending is the Respondent GARY J. JOHNSON's Motion to Alter or Amend the Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. It is primarily based on the claim that no creditability determination was made prior to decision. Respondent is correct.

    The Court entered its order on the mistaken belief that the Magistrate Judge had rendered a report and recommendation. This is because a report and recommendation was contained loose in the file when transmitted to the Court. It was after signing the initial opinion that I realized that it had neither been signed nor filed. The Magistrate Judge has retired and apparently never signed a

draft report and recommendation which indeed accepted the Petitioner's proposed findings of fact and conclusions of law.

It is apparent that no creditability determination was ever made by any judicial officer. The motion therefore is granted. Accordingly, the memorandum and order December 7, 1998, (Docket Entry No. 27) is withdrawn and the "Final Judgment" dated December 28, 1998, (Docket Entry No. 29) is vacated.

The matter is referred to Magistrate Judge Garza's successor for hearing and report and recommendation as soon as possible.

**SO ORDERED.**

Done at Brownsville, Texas, this 22nd day of January, 1999.

Stewart A. Newblatt
United States District Judge

ACTING ON ASSIGNMENT