

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NOE BELTRAN, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-95-039 |
| | § | |
| GARY JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Before the Court is Petitioner's Motion to Vacate the Order Granting Respondent's Motion to Alter or Amend the Judgment Pursuant to Rule 59(e) and Response to Respondent's Rule 59(e) and Rule 60(b) Motions (Docket No. 35).

Having considered the motion and the pleadings of the parties filed herein, the court hereby DENIES of Petitioner's motion.

DONE in Brownsville, Texas on this 17th day of November, 1999.

Felix Recio,
United States Magistrate Judge