38

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 19 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

NOE BELTRAN                                *
                                           *
    VS                                     *   C.A. NO. B95 039
                                           *
GARY L. JOHNSON, DIRECTOR                  *
TEXAS DEPARTMENT OF CRIMINAL               *
JUSTICE, INSTITUTIONAL DIVISION            *

## ORDER SETTING HEARING

An **evidentiary hearing** in above-captioned and numbered cause of action is hereby set for **January 11, 2000, at 9:00 a.m.**

The Clerk is hereby directed and ORDERED to issue a writ of habeas corpus ad testificandum for the Petitioner's presence as said hearing.

DONE at Brownsville, Texas, this **17th** day of **November 1999.**

Felix Recio
United States Magistrate Judge
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX  78520