40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 15 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| NOE BELTRAN<br>Petitioner | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-95-039 |
| GARY L. JOHNSON, DIRECTOR,<br>TEXAS DEPARTMENT OF<br>CRIMINAL JUSTICE,<br>INSTITUTIONAL DIVISION<br>Respondent | §<br>§<br>§<br>§<br>§<br>§ | |

United States District Court
Southern District of Texas
ENTERED

DEC 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER**

IT IS ORDERED that Petitioner's Motion For Writ Of Habeas Corpus Ad Testificandum is granted.

SIGNED on December 15th, 1999.

Felix Recio
United States Magistrate Judge

3