44

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NOE BELTRAN * | |
| * | |
| VS * | C.A. NO. B-95-039 |
| * | |
| GARY L. JOHNSON, DIRECTOR * | |
| TEXAS DEPARTMENT OF * | |
| CRIMINAL JUSTICE, * | |
| INSTITUTIONAL DIVISION * | |

## ORDER GRANTING MOTION
## FOR SUBSTITUTION OF COUNSEL

On this the 3rd day of January 2000, came on to be considered Respondent's Motion for Substitution of Counsel. The Court after considering said Motion is of the opinion that the Motion should be granted.

**IT IS SO ORDERED.** **Karyl Krug is hereby substituted for Idolina Garcia McCullough as lead counsel in this cause of action.**

Done at Brownsville, Texas, this 3rd day of January 2000.

Felix Recio
United States Magistrate Judge