58

United States District Court
Southern District of Texas
ENTERED

SEP 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE BELTRAN, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-95-039 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the file,

1.  The Magistrate Judge's Report and Recommendation (Docket No. 52) is hereby ADOPTED;

2.  Petitioner Noe Beltran's Habeas Corpus petition should be GRANTED due to the state's failure to correct false testimony.

Done in Brownsville, Texas on this 15th day of September, 2000.

_____
Filemon B. Vela
United States District Court