UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NOE BELTRAN<br>    Petitioner | §<br>§<br>§ |
| v. | § CIVIL ACTION NO. B-95-039 |
| GARY L. JOHNSON, DIRECTOR,<br>TEXAS DEPARTMENT OF<br>CRIMINAL JUSTICE,<br>INSTITUTIONAL DIVISION<br>    Respondent | §<br>§<br>§<br>§<br>§<br>§ |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This Court granted Petitioner's Habeas Corpus petition based on the issue regarding the States's failure to correct false testimony at his capital murder trial, and denied relief based on the issue of ineffective assistance of counsel. Petitioner then filed his Notice of Appeal on the 29th day of September, 2000 to enable the Fifth Circuit to consider the ineffective assistance issue. Rule 22(b) of the Federal Rules of Appellate Procedure requires that the District Judge rule on the issuance of a Certificate of Appealability upon the filing of a Notice of Appeal. An applicant cannot take an appeal without a certificate.

The standard for such a certificate is set forth in 28 U.S.C. § 2253. In order to issue the Certificate of Appealability, the Applicant must make a substantial showing of the denial of a constitutional right. In this Court's judgment, the Petitioner has failed to make such a showing and therefore the Certificate of Appealability is hereby **DENIED**.

It is so **ORDERED**.

DONE this ___19th___ day of ___October___, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Judge