66

United States District Court
Southern District of Texas
ENTERED

APR 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE BELTRAN, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-95-039 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, | § | |
| Respondent. | § | |

## ORDER

BEFORE the Court is Respondent's Motion to Stay Judgement Pending Appeal (Docket No. 59). After review of the pleadings and procedural history of this case, the Court is of the opinion that said motion is now *moot,* as all matters relating to this case are currently before the 5th Circuit Court of Appeals.

It is, therefore, ORDERED, ADJUDGED, and DECREED that any relief Respondent may desire should be sought from the 5th Circuit Court of Appeals, and Respondent's Motion to Stay Judgement Pending Appeal is *moot.*

IT IS SO ORDERED.

SIGNED this the 30th day of MARCH, 2001, in Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge