# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**

No. 00-41103

JUN 2 7 2002

D.C. Docket No. B-95-CV-39

CHARLES R. FULBRUGE III
CLERK

NOE BELTRAN

        Plaintiff - Appellee-Cross-Appellant

United States District Court
Southern District of Texas
FILED

v.

AUG 0 7 2002

JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION

Michael N. Milby
Clerk of Court

        Respondent - Appellant-Cross-Appellee

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before HIGGINBOTHAM and CLEMENT, Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed.

ISSUED AS MANDATE: AUG 0 5 2002

*Judge Politz was a member of the panel that heard oral arguments. However, due to his death on May 25, 2002, he did not participate in this decision. This case is being decided by a quorum pursuant to 28 U.S.C. section 46(d) (1996).

OP-OA-J-1

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By
        Deputy
New Orleans, Louisiana  AUG 0 5 2002

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

August 5, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

AUG 0 7 2002

Michael N. Milby, Clerk of Court

   No. 00-41103 Beltran v. Cockrell
      USDC No. B-95-CV-39
              B-95-CV-39

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 4 ) Volumes    (   ) Envelopes    ( 2 ) Boxes

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                              By: _____
                              Todd W. Smith, Deputy Clerk
                              504 310.7675, direct dial

/tws

cc: (letter only)
    Honorable Filemon B Vela
    Mr Randy Schaffer
    Ms Karyl Krug

MDT-1