69

United States District Court
Southern District of Texas
FILED

SEP 2 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE BELTRAN, Petitioner | ][ | |
| v. | ][ | CIVIL ACTION NO. B-95-039 |
| GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Respondent | ][ ][ | |

## VERIFIED PLEADING.

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now State of Texas, by its County and District Attorney, Yolanda de Leon, and submits its verified Pleading for leave of Court to withdraw the State trial Record in the Clerk's possession in above-styled and -numbered cause of action for use in the State's retrial of said Petitioner or, in the alternative, leave of Court to withdraw said trial Record for expeditious copying in the State's Office and prompt return thereafter to said Clerk.

In support hereof, the State would show that the Fifth Circuit reversed and remanded Petitioner's case for either retrial or release, and the State has decided to retry the Petitioner.

To that end, the undersigned has sought to locate a duplicate original of Petitioner's trial Record with the County's District Clerk in preparation for the retrial, and has been unable to do so. The Record which is nearest to the State's Office is the one with this Court's Clerk.

Wherefore, premises considered, the State prays the Court of Appeals will grant this Pleading, and allow for the withdrawal of the State's trial Record in the Clerk's possession in above-styled and -numbered cause of action for use in the State's retrial of said

1

Petitioner or, in the alternative, allow for the withdrawal of said trial Record for expeditious copying in the State's Office and prompt return thereafter to said Clerk.

RESPECTFULLY SUBMITTED BY:

Yolanda de Leon,
Cameron County
and District Attorney

*Joe A. Olson*

John A. Olson,
Assistant County
and District Attorney
974 East Harrison St., 2nd Floor
Brownsville TX   78520-7193
956.544.0849 VOICE/544.0869 FAX
Texas Bar No. 15274750
Board Certified, Criminal Law
Tex. Board of Legal Specialization
Bar No. 583           ,
Southern District of Texas

VERIFICATION.

STATE OF TEXAS         )(

COUNTY OF CAMERON  )(

BEFORE ME, the undersigned authority, on this day personally appeared JOHN A. OLSON, who states that:

> My name is JOHN A. OLSON. I am an attorney representing the Cameron County District Attorney's office. I prepared and reviewed the contents of the foregoing Pleading as it pertains to the above-styled and -numbered cause of action, and I affirm that its contents are true and correct to my personal knowledge.

FURTHER AFFIANT SAITH NOT.

_____
JOHN A. OLSON, Affiant

Sworn to and subscribed before me on September 24, 2002, to which witness my hand and seal of office.

[Notary Seal: BEA SALINAS, Notary Public, State of Texas, My Commission Expires 2-14-2005]

My Commission expires _2-14-05_

_____
NOTARY PUBLIC in and for
Cameron County, Texas

3