IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOE BELTRAN, Petitioner      ][

v.                            ][    CIVIL ACTION NO. B-95-039

GARY L. JOHNSON, DIRECTOR,    ][
TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, Respondent  ][

United States District Court
Southern District of Texas
ENTERED
SEP 2 4 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER ON STATE'S VERIFIED PLEADING.

Having considered said Pleading, this Court concludes that the following action thereon is appropriate

1. The State's Prayer that Petitioner's State trial Record in the Clerk's possession in above-styled and -numbered cause of action be withdrawn for use in the State's retrial of said Petitioner is ____✓____ GRANTED/ ____ ~~DENIED~~; or

2. The State's Prayer that Petitioner's State trial Record in the Clerk's possession in above-styled and -numbered cause of action be withdrawn for expeditious copying in the State's Office and prompt return thereafter to said Clerk is _____ GRANTED/ _____ DENIED.

IT IS SO ORDERED, for which let Notice issue to State of Texas.

Signed on _September 24th_____, 2002.

Honorable Fliemon B. Vela,
United States District Judge

4

C:   Yolanda deLeon
     Cameron Co. District Attorney
     974 E. Harrison St., 2nd Floor
     Brownsville  TX.   78520