(CAB 95-39)  71

THESE MATERIALS WERE DELIVERED TO THE DISTRICT ATTORNEY'S OFFICE FROM THE U.S. CLERK'S OFFICE. [UNLESS RECORD SHOWS MULTIPLE TRIAL CAUSE NOS., PLEASE PREPARE A SEPARATE RETURN SHEET FOR EACH CAUSE NO., EVEN IF SAME DEFENDANT IS LISTED IN EACH CAUSE. THANK YOU!]

Noe Beltran v. Johnson (A/K/A State v. Beltran)

Cause No. CAB-95-39

1. C.R., Vols. II-16 of 16 (total)
2. Supp. C.R., Vols. N/A of N/A (total)
3. R.R., Vols. 1-16 of 16 (total)
4. Supp. R.R., Vols. ___-___ of ___ (total)
5. Other "4-12-89" Punishment Phase "VOL III" (Walker Co. Tex)
_____ of _____ (total)
5. Volume 1-2 of the case's Punishment Record (Walker Co. Tx)
[C.R., etc.]

United States District Court
Southern District of Texas
FILED
SEP 25 2002
Michael N. Milby
Clerk of Court

was/was not delivered because they were not in folders

RECEIVED BY Joe A. Olson, for the District Attorney's Office on September 25 2002.

DELIVERED BY: Lourdes T. Mardis, U.S. District Clerk's Office.

CLERK'S COPY ___✓___  D.A.'S COPY _____

C:\RECORD.FRM