



United States District Court
Southern District of Texas
FILED

OCT 16 2002

Michael N. Milby
Clerk of Court

## CAMERON COUNTY DISTRICT ATTORNEY

CAMERON COUNTY COURTHOUSE
974 E. HARRISON ST., 2ND FLOOR -- BROWNSVILLE, TX 78520-7193
956.544.0849 (Brownsville)   956.425.6043 (Harlingen)   956.544.0869 (Fax)

YOLANDA de LEON,
Cameron County
and District Attorney

17 October 2002

Hon. Filemon B. Vela,
Judge Presiding
United States District Court
Southern District of Texas
Brownsville Division

RE:   Cause No. B-95-039
      Noe Beltran v. Johnson

Dear Judge Vela:

Please be advised that after we removed the Record from your Clerk's Office, there were some pre-trial hearings in this State case. As soon as we have a trial date, this Office will notify the Court so as to assure it that this case is progressing. Naturally, the Court will also be notified of the case's final disposition.

Please do not hesitate to contact this Office is you have any comment or questions about this advisory. Thanking you for your time and attention, I remain

Yours Truly,

Karen F. Betancourt

KAREN FISCHER-BETANCOURT
Chief Administrative
Assistant County and District Attorney

C:  File